DAMOORGIAN, J.,
dissenting in part and concurring in part.
I dissent on the issue of the determination of the nature of damages and would adopt the Fifth District’s reasoning in Dunkley, As the court in Dunkley noted, “[t]he effect of a default is that the defaulting party admits all well pleaded allegations of the complaint.” Dunkley, 751 So.2d at 724. In this case, 'the exact amount of damages being sought were pled in the complaint. The pleading, therefore, left no question as to ,what amounts were being sought or what amounts could be awarded upon entry of default. By definition, the damages became liquidated upon default. See id. I concur with the majority on the status of *568 the default pending a resolution of the negligence claim against Kotlyar’s wife.